UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PACERS BASKETBALL, LLC,                    )
                                           )
             Petitioner,               )
                                           )
          v.                          )      No. 1:21-mc-00004-TWP-MJD
                                           )
ADIDAS AMERICA, INC.,                      )
                                           )
            Respondent.                )

## ORDER ON MOTION TO QUASH

This matter is before the Court on Petitioner's Motion to Quash Subpoena to Produce

Documents [Dkt. 1].  In order to assist the Court in resolving the motion, **within 14 days of the**

**date of this Order**, Petitioner shall submit to the Court for *in camera* review Bates-stamped

copies of all documents responsive to Requests Number 1-3, 5, 6, and 9-11 in the subpoena at

issue.  The documents shall not be filed; rather, they shall be emailed to the undersigned at

mjdinsmore@insd.uscourts.gov.

      SO ORDERED.

Dated:  15 MAR 2021                    _____

                                 Mark J. Dinsmore
                                 United States Magistrate Judge
                                 Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.